IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pope Jr, Emmanuel | Case Number: 07 B 06735 |
|---|---|---|
| | Pope, Diane | Judge: Wedoff, Eugene R |
| | Printed: 7/8/08 | Filed: 4/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 2, 2008
Confirmed: June 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,340.06 | |
| Secured: | | 4,161.32 |
| Unsecured: | | 0.00 |
| Priority: | | 5,143.37 |
| Administrative: | | 1,423.00 |
| Trustee Fee: | | 612.37 |
| Other Funds: | | 0.00 |
| Totals: | 11,340.06 | 11,340.06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,423.00 | 1,423.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 9,833.93 | 1,705.41 |
| 5. | National City Mortgage Co | Secured | 2,455.91 | 2,455.91 |
| 6. | Illinois Dept of Revenue | Priority | 3,168.18 | 1,836.53 |
| 7. | Internal Revenue Service | Priority | 5,704.56 | 3,306.84 |
| 8. | Capital One Auto Finance | Unsecured | 3,364.80 | 0.00 |
| 9. | Pronger Smith Clinic | Unsecured | 2,356.62 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 1,896.65 | 0.00 |
| 11. | AT&T Wireless | Unsecured | 1,044.82 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 310.20 | 0.00 |
| 13. | Resurgence Financial LLC | Unsecured | 5,604.94 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 20.29 | 0.00 |
| 15. | Dell Financial Services, Inc | Unsecured | 794.09 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 544.76 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 2,114.58 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 759.61 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 7,126.29 | 0.00 |
| 20. | Commonwealth Edison | Unsecured | 429.03 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 980.05 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 776.07 | 0.00 |
| 23. | Capital One | Unsecured | 954.15 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 723.96 | 0.00 |
| 25. | Nicor Gas | Unsecured | 491.34 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pope Jr, Emmanuel  
Pope, Diane  
Printed:  7/8/08

Case Number:  07 B 06735  
Judge:  Wedoff, Eugene R  
Filed:  4/13/07

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Secured | | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | Foley Belsaw | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 31. | MRSI | Unsecured | | No Claim Filed |
| 32. | MRSI | Unsecured | | No Claim Filed |
| 33. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 34. | Merchants Credit Guide | Unsecured | | No Claim Filed |

$ 52,877.83            $ 10,727.69

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 612.37 |

$ 612.37

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

